

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ROYAL OILFIELD L.L.C., | § | No. 08-14-00305-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law |
| | § | |
| LEWIS D. MARCELLUS, | | of Reeves County, Texas |
| | § | |
| Appellee. | | (TC# 4211C) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF MAY, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.